CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiff*
cpotter@potterlawoffices.com
cj@potterlawoffices.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VILLALTA,<br><br>  Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DETECTIVE TRACY SMITH P# 5267; DOE DEFENDANTS 1 through 25, individually; DOE OFFICERS 1 through 25,individually and ROE ENTITIES 1 through 25, inclusive,<br><br>  Defendants. | Case No.   2:16-cv-001714-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSES TO DEFENDANT LVMPD'S MOTION FOR SUMMARY JUDGMENT [ECF 19] and DEFENDANT SMITH'S MOTION FOR SUMMARY JUDGMENT [ECF 22]**<br>**(First Request)** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to Defendant LVMPD'S Motion for Summary Judgment [ECF 19] and Smith's Motion for Judgment [ECF 22] filed on June 26, 2017, currently due July 17, 2017, be extended an additional thirty (30) days up to and including Wednesday, August 16, 2017.

The reason for this request is that Plaintiff's counsel has numerous conflicting deadlines, specifically, counsel for Plaintiff have been preparing for multiple depositions in *Donatell v. City of Las Vegas*, et al., 2:15-cv-03224-RFB-NJK, preparing for a settlement conference in *Landeros, et al. v. LVMPD*, 2:14-cv-01525-JCM-CWH, set for July 13, 2017, and preparing for a mediation hearing in *Goforth v. NV Energy*, A-14-695310-C, set for July 21, 2017. Plaintiffs' counsel is also preparing for trial in *Swigers v. Mandalay Bay Corp., et al.* A-14-701182-C, set to

1  commence on July 31, 2017, as well as numerous substantive motions and responses and other
2  general appearances and deadlines.  In addition to the conflicting deadlines, counsel for the
3  Plaintiff has two eye surgeries scheduled in the next two weeks.
4      This request for extension is made in good faith and not for the purposes of delay.
5      WHEREFORE, the parties respectfully request that the Response be extended an
6  additional thirty (30) days up to and including Wednesday, August 16, 2017.
7      APPROVED AS TO FORM AND CONTENT.

DATED this 14th day of July, 2017.       DATED this 14th day of July, 2017.

POTTER LAW OFFICES       KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO

By  /s/ Cal J. Potter, III, Esq.
CAL J. POTTER, III, ESQ.       By  /s/ Lyssa S Anderson, Esq.
Nevada Bar No. 1988       LYSSA S. ANDERSON, ESQ.
C. J. POTTER, IV, ESQ.       Nevada Bar No. 5781
Nevada Bar No. 13225       RYAN W. DANIELS, ESQ.
1125 Shadow Lane       Nevada Bar No. 13094
Las Vegas, Nevada 89102       1980 Festival Plaza Drive, Suite 650
*Attorney for Plaintiff*       Las Vegas, NV 89135
    *Attorneys for Defendants LVMPD and Detective Tracy Smith*

**ORDER**

IT IS SO ORDERED.

7/14/2017
_____       _____
DATED       UNITED STATES DISTRICT JUDGE