LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN**
**POLICE DEPARTMENT and**
**DETECTIVE TRACY SMITH**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR VILLALTA, | Case No.: 2:16-cv-01714-JAD-GWF |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DETECTIVE TRACY SMITH P# 5267; DOE DEFENDANTS 1 through 25, individually; DOE OFFICERS 1 through 25, individually; and ROE ENTITIES 1 through 25, inclusive, | **JOINT STATUS REPORT** |
| Defendants. | |

Pursuant to the Court's directive, the parties hereto respectfully submit the following as their Joint Status Report in this matter.

1. **STATUS OF PROCEEDINGS:**

Plaintiff filed his original Complaint in this action on June 16, 2016 in the Eighth Judicial District Court of the State of Nevada as Case No. A-16-738600-C. The LVMPD Defendants were served with a copy of the Summons and Complaint on June 30, 2016.

On July 20, 2016, the LVMPD Defendants filed a Petition for Removal, transferring Case No. A-16-738600-C to the United States District Court, for the Southern District of Nevada, as Case No.: 2:16-cv-01714-JAD-GWF.

On June 26, 2017, LVMPD and Tracy Smith each filed a Motion for Summary Judgment in this case.

On July 14, 2017, Plaintiff and the LVMPD Defendants stipulated (and the Court ordered) to extend the deadline for his response to the motions for summary judgment for thirty days. The reason for the stipulation was that Plaintiff's counsel had numerous other case deadlines and two scheduled eye surgeries. ECF No. 24.

On August 16, 2017 the Court stayed the proceedings in this case because Plaintiff's counsel's "physical condition materially impaired" his ability to represent Plaintiff and Plaintiff requested the stay until Plaintiff's counsel could associate with another attorney. ECF No. 27.

Plaintiff's Counsel eventually moved to withdraw from representing Plaintiff because of his medical issues, and on Oct. 4, 2017, the Court granted the motion. ECF No. 31. At the hearing for the motion, Attorney Rusty Graf appeared and requested that the case be stayed while he looked into the possibility of his firm representing Plaintiff. The Court granted the request and extended the stay until November 17, 2017.

**2. ACTION REQUIRED TO BE TAKEN BY THE COURT:**

The Parties hereby request the Court to extend the Stay until and including **December 15, 2017**. This request is being made as the proposed counsel for Plaintiff, Rusty Graf, Eq., of the law firm of Black & LoBello, was unable to associate as counsel due to a conflict in representation.

///
///
///

The Parties further agree that any oppositions to the Defendants' Motions for Summary Judgment shall be filed with the Court whether or not Plaintiff has obtained counsel, on or before **January 5, 2018**.

Submitted by:

DATED this 5th of ~~November~~ DECEMBER, 2017.        DATED this 5th of ~~November~~ DECEMBER, 2017.

By: /s/ Victor Villalta                                By: /s/ Lyssa S. Anderson
Victor Villalta. Proper Person                         LYSSA S. ANDERSON
                                                   Nevada Bar No. 5781
                                                   RYAN DANIELS
                                                   Nevada Bar No. 13094
                                                   1980 Festival Plaza Drive, #650
                                                   **Attorneys for Defendants**

It is so Ordered.

DATED this **6th day of December, 2017**

By: /s/ George Foley Jr.

UNITED STATES MAGISTRATE JUDGE

-3-