LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN**
**POLICE DEPARTMENT and**
**DETECTIVE TRACY SMITH**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR VILLALTA,<br><br>   Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DETECTIVE TRACY SMITH P# 5267; DOE DEFENDANTS 1 through 25, individually; DOE OFFICERS 1 through 25, individually; and ROE ENTITIES 1 through 25, inclusive,<br><br>   Defendants. | Case No.: 2:16-cv-01714-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br>**[ECF NOS. 19 and 22]**<br><br>**(Second Request)** |

The above-referenced parties, by and through their counsel of record and in proper person, hereby agree and stipulate to extend the deadline to file an opposition to Defendants' Motions for Summary Judgment [ECF Nos. 19 and 22] currently set for January 5, 2018, for an additional thirty (30) days, until February 5, 2018. This is the first requested extension of this deadline between the parties. The extension is being requested as Plaintiff's Counsel withdrew

from this case due to an illness as this Court is aware. The Court gave Plaintiff until January 5, 2018 to file his oppositions to the motions. [ECF No. 34]. Plaintiff requests the instant extension as he has not been able to retain new Counsel yet.

The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 5th day of January, 2018.

KAEMPFER CROWELL

By:/s/ Ryan Daniels
   LYSSA S. ANDERSON (# 5781)
   RYAN DANIELS (# 13094)
   1980 Festival Plaza Drive, #650
   Las Vegas, Nevada 89135
   **Attorneys for Defendants**

By: /s/ Victor Villalta
   Victor Villalta
   **Plaintiff In Proper Person**

**IT IS SO ORDERED.**

Dated: January 8, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE