LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN**
**POLICE DEPARTMENT and**
**DETECTIVE TRACY SMITH**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR VILLALTA, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DETECTIVE TRACY SMITH P# 5267; DOE DEFENDANTS 1 through 25, individually; DOE OFFICERS 1 through 25, individually; and ROE ENTITIES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-01714-JAD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 19 and 22]** <br><br> **(First Request)** <br><br> ECF No. 43 |

The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the deadline for the LVMPD Defendants to file Replies in Support of their Motions for Summary Judgment [ECF Nos. 19 and 22] currently set for February 12, 2018, for an additional eight (8) days, until February 20, 2018. This is the first requested extension of

this deadline between the parties. The extension is being requested as the LVMPD Defendants' Counsel requires a few additional days to complete the reply briefs.

The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 7th day of February, 2018.

| KAEMPFER CROWELL | MAINOR WIRTH, LLP |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON (# 5781)<br>RYAN DANIELS (# 13094)<br>1980 Festival Plaza Drive, #650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendants** | By: /s/ James D. Urrutia<br>JAMES D. URRUTIA (#12885)<br>KATIE E. GOLDBERG (#13493)<br>6018 S. Ft. Apache Rd., Ste. 150<br>Las Vegas, NV 89148<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED.**

DATED this 7th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE